UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| WANDA SHADIX and SHERREL SHADIX<br><br>                    Plaintiffs,<br><br>vs.<br><br>KENOSHA BEEF INTERNATIONAL, LTD d/b/a BIRCHWOOD FOODS, et al.<br><br>                    Defendants. | CIVIL ACTION FILE<br><br>NO. 1:21-cv-3638-AT |

## J U D G M E N T

This action having come before the court, the Honorable Amy Totenberg, United States District Judge, regarding the court's consent order dismissing defendant Kenosha Beef International, Ltd. on 5/22/2022, and defendant Kenosha Beef International, Ltd's Motion for Entry of Judgment under Rule 54(b), and the court having entered the order and granted said motion, it is

**Ordered and Adjudged** that Kenosha Beef International, Ltd. is dismissed.

Dated at Atlanta, Georgia, this 14th day of July, 2022.

Kevin P. Weimer
CLERK OF COURT

By:   s/ T. Frazier
         Deputy Clerk

Prepared, Filed, and Entered
in the Clerk's Office
July 14, 2022
Kevin P. Weimer
Clerk of Court

By:   s/ T. Frazier
         Deputy Clerk